| United States Bankruptcy Court<br>**DISTRICT OF** *PUERTO RICO* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*JOHNNY ROCKETS OF PUERTO RICO, INC.,*<br>*a  Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka JOHNNY ROCKETS* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *66-0623254* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>*1311 PONCE DE LEON AVE.*<br>*MARCOM TOWER BLDG., SUITE 402*<br>*San Juan PR*                                      ZIPCODE<br>*00907* | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO BOX 5724*<br>*Caguas PR*                                                 ZIPCODE<br>*00726* | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*                                 ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>entities, check this box and state type of<br>entity below<br><br>_____ | **Nature of Business**<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other *RESTAURANT (FAST FOOD)* | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7           ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☒ Chapter 11<br>☐ Chapter 12          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |
|---|---|---|

| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br><br>☐ Debts are primarily consumer debts, defined      ☒ Debts are primarily<br>in 11 U.S.C. § 101(8) as "incurred by an              business debts.<br>individual primarily for a personal, family,<br>or household purpose" |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts<br>owed to insiders or affiliates) are less than $2,343,300 (amount<br>subject to adjustment on 4/01/13 and every three years thereafter).<br>-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br><br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***JOHNNY ROCKETS OF PUERTO RICO, INC.,***<br>***a  Corporation*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br><br>☐  Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>**X** _____<br>Signature of Attorney for Debtor(s)                                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *JOHNNY ROCKETS OF PUERTO RICO, INC.,* <br> *a  Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

*CHARLES A. CUPRILL-HERNANDEZ 114312*
Printed Name of Attorney for Debtor(s)

*CHARLES A. CUPRILL, P.S.C. LAW OFFICES*
Firm Name

*356 FORTALEZA STREET*
Address

*SECOND FLOOR*

*San Juan PR  00901*

*787-977-0515*
Telephone Number

*3/15/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*ALFREDO MENDEZ*
Printed Name of Authorized Individual

*General Manager*
Title of Authorized Individual

*3/15/2011*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re  *JOHNNY ROCKETS OF PUERTO RICO, INC., a  Corporation*
*aka JOHNNY ROCKETS*

Case No. *11–*
Chapter *11*

_____ / Debtor

Attorney for Debtor:   *CHARLES A. CUPRILL-HERNANDEZ  114312*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *hourly*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *0.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $____*1,039.00*____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned will be from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *03/15/2011*                  Respectfully submitted,

X _____

Attorney for Petitioner: *CHARLES A. CUPRILL-HERNANDEZ  114312*
*CHARLES A. CUPRILL, P.S.C. LAW OFFICES*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan PR  00901*
*787-977-0515*
*ccuprill@cuprill.com*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *JOHNNY ROCKETS OF PUERTO RICO, INC., a Corporation*

    *aka JOHNNY ROCKETS*

Case No. *11-*
Chapter *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $ *0.00* | | |
| B-Personal Property | *Yes* | *5* | $ *4,629,290.36* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $ *1,535,960.61* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *4* | | $ *161,902.86* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *16* | | $ *1,233,906.24* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *2* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $ *0.00* |
| TOTAL | | *31* | $ *4,629,290.36* | $ *2,931,769.71* | |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC., a Corporation_                     Case No. _11-_____
                          Debtor                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _ALFREDO MENDEZ_____, _General Manager_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  _32_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: _3/15/11_____                          Signature _____
                                                 Name: _ALFREDO MENDEZ_
                                                 Title:  _General Manager_


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____,  Case No. _11-_____
Debtor(s)                                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |

No continuation sheets attached

**TOTAL $**          | _0.00_
(Report also on Summary of Schedules.)

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,   Case No. _11-_____
                              Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | _PETTY CASH_<br>_BOOK BALANCE AS OF 1/31/2011_ | | $ 2,400.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _BANCO POPULAR DE PUERTO RICO_<br>_OPERATING ACCOUNT #229-089474_<br>_BOOK VALUE AS OF 1/31/2011_<br><br>_UBS FINANCIAL SERVICES_<br>_ACCOUNT #JX 55258 04_<br>_BOOK VALUE AS OF 1/31/2011_<br>_FAIR MARKET VALUE UNDETERMINED_ | | $ 0.00<br><br><br>$ 3,143.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____, Case No. _11-_ _____
Debtor(s)                                                                                                   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | INVESTMENT IN FIDELITY INVESTMENTS SHARES CORPORATE INVESTMENT ACCOUNT #Z44-493937 BOOK VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED | | $ 4,706.00 |
| | | INVESTMENT IN MICROSOFT CORPORATION SHARES BOOK VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED | | $ 4,800.00 |
| | | INVESTMENT IN THE COCA-COLA COMPANY SHARES BOOK VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED | | $ 400.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | CONTINGENT ACCOUNT RECEIVABLE FROM VORNADO MONTEHIEDRA ACQUISITION, LP UNDER CASE NO. KPE200991343 (SEE ITEM NO. 4A OF THE STATEMENT OF FINANCIAL AFFAIRS) Location: In debtor's possession | | $ 1,000,000.00 |
| | | CONTINGENT ACCOUNT RECEIVABLE FROM DDR DEL SOL, LLC UNDER CASE NO. 10-2062 (SEE ITEM NO. 4A OF STATEMENT OF FINANCIAL AFFAIRS) | | $ 1,690,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,   Case No. _11-_ _____

Debtor(s)                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband–H Wife–W Joint–J Community–C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _FRANCHISE LICENSE - JOHNNY ROCKETS OF PUERTO RICO, INC. NET BOOK VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED_ | | $ 137,450.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | _PROPERTY & EQUIPMENT, AT COST JOHNNY ROCKETS - GUAYNABO STORE VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED_ | | $ 16,908.75 |
| | | _PROPERTY & EQUIPMENT, AT COST JOHNNY ROCKETS - CAGUAS STORE VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED_ | | $ 304,317.93 |
| | | _PROPERTY & EQUIPMENT, AT COST JOHNNY ROCKETS - MONTEHIEDRA STORE VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED_ | | $ 164,814.38 |
| | | _PROPERTY & EQUIPMENT, AT COST JOHNNY ROCKETS - PLAZA DEL SOL STORE VALUE AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED_ | | $ 324,540.91 |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,       Case No. _11-_ _____
_____
Debtor(s)                                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | INVENTORY-BEVERAGE BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 1,015.10 |
| | | INVENTORY-BREAD BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 701.18 |
| | | INVENTORY-CLEANING SUPPLIES BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 277.02 |
| | | INVENTORY-FOOD BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 7,309.13 |
| | | INVENTORY-OPERATING SUPPLIES BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 456.43 |
| | | INVENTORY-PAPER PRODUCTS BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 547.98 |
| | | INVENTORY-PRODUCE BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 587.10 |
| | | INVENTORY-SHAKES AND RELATED BOOK VALUE AS OF 1/31/2011 (SEE EXHIBIT I) | | $ 1,843.37 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re *JOHNNY ROCKETS OF PUERTO RICO, INC.* _____ ,   Case No. *11-* _____
 
Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | *DEFERRED TAX ASSET (PR INCOME TAX) BOOK VALUE AS OF 1/31/2011, PURSUANT TO GENERALLY ACCEPTED ACCOUNTING PRINCIPLES* | | $ 440,491.59 |
| | | *LEASEHOLD IMPROVEMENTS GUAYNABO STORE AT COST AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED* | | $ 31,820.00 |
| | | *LEASEHOLD IMPROVEMENTS CAGUAS STORE COST AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED* | | $ 625,800.80 |
| | | *LEASEHOLD IMPROVEMENTS MONTEHIEDRA STORE COST AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED* | | $ 593,457.93 |
| | | *LEASEHOLD IMPROVEMENTS PLAZA DEL SOL STORE COST AS OF 1/31/2011 FAIR MARKET VALUE UNDETERMINED* | | $ 271,500.37 |

Page _5_ of _5_

Total ➡   $ 5,629,289.36

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

**Food:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 1,359.14 |
| Plaza del Sol | | 2,383.48 |
| Montehiedra | | 2,403.95 |
| Caguas | | 1,162.56 |
| **Total Food** | **$** | **7,309.13** |

**Bread:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 306.37 |
| Plaza del Sol | | (4.16) |
| Montehiedra | | 249.87 |
| Caguas | | 149.10 |
| **Total Bread** | **$** | **701.18** |

**Shakes:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 211.49 |
| Plaza del Sol | | 507.42 |
| Montehiedra | | 591.44 |
| Caguas | | 533.02 |
| **Total Shakes** | **$** | **1,843.37** |

**Paper Products:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 154.86 |
| Plaza del Sol | | 174.74 |
| Montehiedra | | 139.34 |
| Caguas | | 79.04 |
| **Total Paper Products** | **$** | **547.98** |

**Produce:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 62.85 |
| Plaza del Sol | | 174.15 |
| Montehiedra | | 271.60 |
| Caguas | | 78.50 |
| **Total Produce** | **$** | **587.10** |

**Beverage:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 137.20 |
| Plaza del Sol | | 279.55 |
| Montehiedra | | 546.95 |
| Caguas | | 51.40 |
| **Total Beverage** | **$** | **1,015.10** |

**Operating Supplies:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 69.77 |
| Plaza del Sol | | 188.46 |
| Montehiedra | | 189.20 |
| Caguas | | 9.00 |
| **Total Operating Supplies** | **$** | **456.43** |

**Cleaning Supplies:**

| | | |
|---|---|---|
| Plaza Guaynabo | $ | 53.48 |
| Plaza del Sol | | 85.34 |
| Montehiedra | | 94.37 |
| Caguas | | 43.83 |
| **Total Cleaning Supplies** | **$** | **277.02** |

In re JOHNNY ROCKETS OF PUERTO RICO, INC.
_____
**Debtor(s)**

Case No. 11-_____
(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1<br>BANCO DE DESARROLLO ECONOMICO DE PR<br>PO BOX 2134<br>San Juan PR 00922-2134 | X | 3/5/2004<br>BANK LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(PLAZA DEL SOL STORE)<br>Value: $ 596,041.28 | | | | $ 347,102.60 | $ 0.00 |
| Account No: 9002<br><br>Creditor # : 2<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan PR 00936-2705 | X | 2/1/2007<br>BANK LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(MONTEHIEDRA STORE)<br>Value: $ 758,272.31 | | | | $ 636,884.88 | $ 0.00 |
| Account No: 9001<br><br>Creditor # : 3<br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan PR 00936-2705 | X | 8/17/2006<br>BANK LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(CAGUAS STORE)<br>Value: $ 930,118.73 | | | | $ 521,290.73 | $ 0.00 |

1    continuation sheets attached

Subtotal $<br>(Total of this page)  $ 1,505,278.21   $ 0.00

Total $<br>(Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re <u>JOHNNY ROCKETS OF PUERTO RICO, INC.</u>     Case No. <u>11-</u>
     **Debtor(s)**     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *7-EB*<br>*Creditor # : 4*<br>*PRIDE LEASING & INVESTMENT*<br>*PO BOX 9066574*<br>*San Juan PR 00906-6574* | | 9/16/2009<br>LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(GUAYNABO STORE)<br>Value: *$ 31,820.00* | | | | $ 3,927.44 | $ 0.00 |
| Account No: *5-EB*<br>*Creditor # : 5*<br>*PRIDE LEASING & INVESTMENT*<br>*PO BOX 9066574*<br>*San Juan PR 00906-6574* | | 8/27/2009<br>LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(GUAYNABO STORE)<br>Value: *$ 31,820.00* | | | | $ 11,145.13 | $ 0.00 |
| Account No: *6-EB*<br>*Creditor # : 6*<br>*PRIDE LEASING & INVESTMENT*<br>*660 CALLE HOARE*<br>*San Juan PR 00907-3613* | | 11/30/2010<br>LOAN<br>FOR THE ACQUISITION OF AIR CONDITIONING UNIT INCLUDED IN PROPERTY & EQUIPMENT LISTED ON SCHEDULE B (PLAZA DEL SOL STORE)<br>Value: *$ 324,540.91* | | | | $ 3,062.91 | $ 0.00 |
| Account No: *9-EB*<br>*Creditor # : 7*<br>*PRIDE LEASING & INVESTMENT*<br>*PO BOX 9066574*<br>*San Juan PR 00906-6574* | | 10/22/2009<br>LOAN<br>FOR THE ACQUISITION OF PROPERTY & EQUIPMENT, AND LEASEHOLD IMPROVEMENTS LISTED ON SCHEDULE B<br>(GUAYNABO STORE)<br>Value: *$ 31,820.00* | | | | $ 12,546.92 | $ 0.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. 1   of 1   continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 30,682.40 | $ 0.00 |
| Total $ (Use only on last page) | $ 1,535,960.61 | $ 0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re <u>*JOHNNY ROCKETS OF PUERTO RICO, INC.*</u> ,     Case No. <u>*11-*</u>
Debtor(s)
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  continuation sheets attached

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____ ,     Case No. _11-_____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** CRIM PO BOX 60100 Bayamon PR 00958 | | 02/03/2011 PROPERTY TAX (PLAZA DEL SOL STORE) | | | | | $ 10,598.90 | $ 10,598.90 | $ 0.00 |
| Account No: **Creditor # : 2** DEPARTMENT OF LABOR BUREAU OF EMPLOYMENT SECURITY 505 MUÑOZ RIVERA AVE. San Juan PR 00917 | | 11/30/2010 PAYROLL TAXES DISABILITY INSURANCE | | | | | $ 299.49 | $ 299.49 | $ 0.00 |
| Account No: **Creditor # : 3** DEPARTMENT OF LABOR BUREAU OF EMPLOYMENT SECURITY 505 MUÑOZ RIVERA AVE. San Juan PR 00917 | | 11/30/2010 PAYROLL TAXES STATE UNEMPLOYMENT TAX | | | | | $ 11,378.79 | $ 11,378.79 | $ 0.00 |
| Account No: **Creditor # : 4** DIRECTOR FINANZAS DE BAYAMON MUNICIPIO DE BAYAMON APARTADO 1588 Bayamon PR 00960 | | 11/30/2010 BUSINESS LICENSE (PLAZA DEL SOL STORE) | | | | | $ 2,051.88 | $ 2,051.88 | $ 0.00 |
| Account No: **Creditor # : 5** DIRECTOR FINANZAS DE CAYEY MUNICIPIO DE CAYEY PO BOX 371330 Cayey PR 00737-1330 | | 11/30/2010 BUSINESS LICENSE AND CONSTRUCTION TAXES (CAYEY STORE) | | | | | $ 5,375.00 | $ 5,375.00 | $ 0.00 |
| Account No: **Creditor # : 6** DIRECTOR FINANZAS DE CAYEY MUNICIPIO DE CAYEY PO BOX 371330 Cayey PR 00737-1330 | | 12/30/2010 SALES AND USE TAX (CAYEY STORE) | | | | | $ 5,658.20 | $ 5,658.20 | $ 0.00 |

Sheet No. _1_ of _3_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotal $ (Total of this page) | 35,362.26 | 35,362.26 | 0.00 |
|---|---|---|---|---|
| | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,    Case No. _11-_ _____
**Debtor(s)**                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 7_<br>_INTERNAL REVENUE SERVICE_<br>_CITY VIEW PLAZA II_<br>_#48 CARR. 165, SUITE #2000_<br>_Guaynabo PR 00968-2000_ | | _11/30/2010_<br>_PAYROLL TAXES_<br>_FEDERAL UNEMPLOYMENT (FUTA)_ | | | | $ 294.90 | $ 294.90 | $ 0.00 |
| Account No:<br>_Creditor # : 8_<br>_INTERNAL REVENUE SERVICE_<br>_CITY VIEW PLAZA II_<br>_#48 CARR. 165, SUITE #2000_<br>_Guaynabo PR 00968-2000_ | | _11/30/2010_<br>_PAYROLL TAXES_<br>_SOCIAL SECURITY (FICA)_ | | | | $ 6,065.81 | $ 6,065.81 | $ 0.00 |
| Account No:<br>_Creditor # : 9_<br>_MUNICIPIO AUTONOMO DE CAGUAS_<br>_PO BOX 907_<br>_Caguas PR 00726-0907_ | | _12/30/2010_<br>_SALES AND USE TAX_<br>_(CAGUAS STORE)_ | | | | $ 12,798.64 | $ 12,798.64 | $ 0.00 |
| Account No:<br>_Creditor # : 10_<br>_MUNICIPIO AUTONOMO DE CAGUAS_<br>_PO BOX 907_<br>_Caguas PR 00726-0907_ | | _11/30/2010_<br>_BUSINESS LICENSE_<br>_(CAGUAS STORE)_ | | | | $ 1,558.43 | $ 1,558.43 | $ 0.00 |
| Account No:<br>_Creditor # : 11_<br>_MUNICIPIO AUTONOMO DE_<br>_GUAYNABO_<br>_APARTADO 7890_<br>_Guaynabo PR 00970-7890_ | | _11/30/2010_<br>_BUSINESS LICENSE_<br>_(GUAYNABO STORE)_ | | | | $ 1,286.29 | $ 1,286.29 | $ 0.00 |
| Account No:<br>_Creditor # : 12_<br>_MUNICIPIO AUTONOMO DE_<br>_GUAYNABO_<br>_APARTADO 7890_<br>_Guaynabo PR 00970-7890_ | | _12/30/2010_<br>_SALES AND USE TAX_<br>_(GUAYNABO STORE)_ | | | | $ 15,492.14 | $ 15,492.14 | $ 0.00 |

Sheet No. _2_ of _3_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 37,496.21 | 37,496.21 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | | |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ ,          Case No. _11-_
                            Debtor(s)          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 13 MUNICIPIO DE SAN JUAN PO BOX 70179 San Juan PR 00936-8179 | | 12/30/2010 SALES AND USE TAX (MONTEHIEDRA STORE) | | | | $ 48,940.07 | $ 48,940.07 | $ 0.00 |
| Account No:  Creditor # : 14 MUNICIPIO DE SAN JUAN PO BOX 70179 San Juan PR 00936-8179 | | 11/30/2010 BUSINESS LICENSE (MONTEHIEDRA STORE) | | | | $ 2,906.17 | $ 2,906.17 | $ 0.00 |
| Account No:  Creditor # : 15 SECRETARIO DE HACIENDA PO BOX 9024140 San Juan PR 00902-4140 | | 12/30/2010 SALES AND USE TAX (PLAZA DEL SOL STORE) | | | | $ 37,157.00 | $ 37,157.00 | $ 0.00 |
| Account No:  Creditor # : 16 SECRETARIO DE HACIENDA PO BOX 9024140 San Juan PR 00902-4140 | | 12/30/2010 PAYROLL TAXES INCOME TAX WITHHELD | | | | $ 41.15 | $ 41.15 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 89,044.39 | 89,044.39 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 161,902.86 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 161,902.86 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  *JOHNNY ROCKETS OF PUERTO RICO,  INC.*　　　　　　　　　　　　　,　　　　　Case No. *11-*
_____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** A.A.A. PO BOX 70101 San Juan PR 00936-8101 | | 11/30/2010 WATER SERVICES | | | | $ 785.39 |
| Account No: **Creditor # : 2** A.E.E. PO BOX 363508 San Juan PR 00936-3508 | | 11/30/2010 ELECTRIC POWER SERVICES | | | | $ 17,385.06 |
| Account No: **Creditor # : 3** AGRO SALES INTERNATIONAL PO BOX 362615 San Juan PR 00936-2615 | | 11/30/2010 MEAT INVENTORY PURCHASES | | | | $ 2,612.00 |
| Account No: **Creditor # : 4** AMERICAN EXPRESS 2001 PO BOX 360001 Fort Lauderdale FL 33336-0001 | | 11/30/2010 CORPORATE CREDIT CARD USED FOR PURCHASE OF OFFICE SUPPLIES, INVENTORY, AND UNIFORMS | | | | $ 635.18 |

_15_ continuation sheets attached

Subtotal $ 　$ 21,417.63

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____,     Case No. _11-_____
    **Debtor(s)**                                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> AMT, INC. <br> 1515 AMERICO MIRANDA AVE. <br> San Juan PR 00921 | | | 11/30/2010 <br> REPAIRS AND MAINTENANCE | | | | $ 250.00 |
| Account No: <br> Creditor # : 6 <br> APR UNLIMITED, INC. <br> PMB 251 BOX 4985 <br> Caguas PR 00726-4985 | | | 11/30/2010 <br> PROFESSIONAL SERVICES <br> (CONTRACTOR) | | | | $ 9,538.30 |
| Account No: <br> Creditor # : 7 <br> AT & T MOBILITY <br> PO BOX 6463 <br> Carol Stream IL 60197-6463 | | | 11/30/2010 <br> TELEPHONE SERVICES | | | | $ 419.27 |
| Account No: <br> Creditor # : 8 <br> BALLESTER HNOS., INC. <br> PO BOX 364548 <br> San Juan PR 00936-4548 | | | 11/30/2010 <br> FOOD INVENTORY PURCHASES | | | | $ 113,104.93 |
| Account No: <br> Creditor # : 9 <br> BANCO POPULAR DE PUERTO RICO <br> PO BOX 362708 <br> SUCURSAL SAN FRANCISCO-232 <br> San Juan PR 00936-2708 | | | 1/31/2011 <br> BANK OVERDRAFT <br> OPERATING ACCOUNT #229-089474 | | | | $ 68,294.04 |
| Account No: <br> Creditor # : 10 <br> BB GARDENS, INC. <br> PO BOX 1744 <br> Cayey PR 00736 | | | 11/30/2010 <br> LANDSCAPING MAINTENANCE | | | | $ 660.00 |

Sheet No. _1_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     |     $ 192,266.54
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____,  Case No. _11-_ _____
<br>**Debtor(s)**  <span style="float:right">(if known)</span>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>BUSINESS SOUND & MUSIC<br>PMB 134  HC-01  BOX 29030<br>Caguas PR 00725-8900 | | | 11/30/2010<br>REPAIRS AND MAINTENANCE | | | | $ 150.00 |
| Account No:<br>Creditor # : 12<br>CAFE YAUCONO<br>PO BOX 13097<br>San Juan PR 00907-3097 | | | 11/30/2010<br>FOOD INVENTORY PURCHASES | | | | $ 1,333.00 |
| Account No:<br>Creditor # : 13<br>CARIBBEAN CINEMA OF GUAYNABO<br>PO BOX 19116<br>San Juan PR 00910-9116 | | | 11/30/2010<br>RENT IN ARREARS<br>(GUAYNABO RESTAURANT) | | | | $ 6,434.15 |
| Account No:<br>Creditor # : 14<br>CARLOS A. GARCIA<br>COND. PUERTA DEL CONDADO<br>1095 AVE. WILSON, APTO. 1101<br>San Juan PR 00907 | | | 11/30/2010<br>DUE TO STOKHOLDER<br>AS LOAN FROM RG MORTGAGE<br>ACCT. #1415508 | | | | $ 70,336.86 |
| Account No:<br>Creditor # : 15<br>CARLOS A. GARCIA<br>COND. PUERTA DEL CONDADO<br>1095 AVE. WILSON, APTO. 1101<br>San Juan PR 00907 | | | 11/30/2010<br>DUE TO STOCKHOLDER<br>AS LOAN FROM EUROBANK<br>ACCT. #0164024543 | | | | $ 26,075.67 |
| Account No:<br>Creditor # : 16<br>CARLOS A. GARCIA<br>COND. PUERTA DEL CONDADO<br>1095 AVE. WILSON, APTO. 1101<br>San Juan PR 00907 | | | 11/30/2010<br>DUE TO STOCKHOLDER<br>AS LOAN FROM FIRST BANK<br>ACCT. #0001-38-00017924 | | | | $ 13,488.37 |

Sheet No. _2_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 117,818.05

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *JOHNNY ROCKETS OF PUERTO RICO,  INC.* _____,     Case No. *11-* _____
                                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6821<br>*Creditor # : 17*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*AS LOAN FROM BANK OF AMERICA*<br>*ACCT. #6821-1030-024099* | | | | $ 26,518.97 |
| Account No:   4331<br>*Creditor # : 18*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*AS LOAN FROM BANK OF AMERICA*<br>*ACCT.#4264-2948-8215-4331* | | | | $ 26,951.72 |
| Account No:<br>*Creditor # : 19*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*AS LOAN FOR FINANCING OF SOLAR*<br>*WATER HEATER (WORLD FINANCIAL CORP.*<br>*ACCT. #01-01-056964)* | | | | $ 6,509.45 |
| Account No:<br>*Creditor # : 20*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*FOR FUNDS LOANED* | | | | $ 87,729.82 |
| Account No:<br>*Creditor # : 21*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*FOR CITI CARD CREDIT PURCHASES OF*<br>*FUEL, KITCHEN SUPPLIES, AND*<br>*UNIFORMS* | | | | $ 2,199.94 |
| Account No:<br>*Creditor # : 22*<br>*CARLOS A. GARCIA*<br>*COND. PUERTA DEL CONDADO*<br>*1095 AVE. WILSON, APTO. 1101*<br>*San Juan PR 00907* | | | *11/30/2010*<br>*DUE TO STOCKHOLDER*<br>*AS LOAN FROM BANCO POPULAR DE*<br>*PUERTO RICO*<br>*ACCT.#030-992737* | | | | $ 11,265.00 |

Sheet No. _3_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 161,174.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____,    Case No. _11-_____
           **Debtor(s)**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 23<br>CATALINAS CINEMA CORP.<br>PO BOX 19116<br>San Juan PR 00910-9116 | | | 11/30/2010<br>RENT IN ARREARS<br>(CAGUAS STORE) | | | | $ 27,040.93 |
| Account No:<br>Creditor # : 24<br>CLARA BLUMENSTACK<br>C/O DPTO. TRABAJO REC. HUMANOS<br>PO BOX 71592<br>San Juan PR 00936-8692 | | | 01/11/11<br>LABOR ARBITRATION CLAIM<br>CASE NO. 33626 | X | X | X | $ 536.81 |
| Account No:<br>Creditor # : 25<br>CLEANING CREW<br>MSC 860<br>AVE. WINSTON CHURCHILL #138<br>San Juan PR 00926-6023 | | | 11/30/2010<br>JANITORIAL SERVICES | | | | $ 325.00 |
| Account No:<br>Creditor # : 26<br>COCA-COLA<br>BOX 51985<br>Toa Baja PR 00950-1985 | | | 11/30/2010<br>BEVERAGE INVENTORY PURCHASES | | | | $ 4,289.67 |
| Account No:<br>Creditor # : 27<br>COMPUEXPERT RR, INC.<br>PO BOX 0520<br>San Juan PR 00919-0520 | | | 11/30/2010<br>REPAIRS AND MAINTENANCE<br>INFORMATION TECHNOLOGY | | | | $ 707.99 |
| Account No:<br>Creditor # : 28<br>CRIM<br>PO BOX 60100<br>Bayamon PR 00958 | | | 02/03/2011<br>PROPERTY TAX<br>SURCHARGES (PLAZA DEL SOL STORE) | | | | $ 1,483.36 |

Sheet No. __4__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                **Subtotal $**      **$ 34,383.76**

                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *JOHNNY ROCKETS OF PUERTO RICO, INC.* _____ ,    Case No. *11-* _____

**Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 29* *DADE PAPER* *PO BOX 51535* *Toa Baja PR 00950-1535* | | *11/30/2010* *SUPPLIER* *(PAPER, PLASTIC, CHEMICAL,* *FOAM AND JANITORIAL PRODUCTS)* | | | | $ 531.67 |
| Account No: *Creditor # : 30* *DDR CAYEY LLC, SE* *DEPT 103207-20077-00004135* *PO BOX 644545* *Pittsburgh PA 15264-4545* | | *11/30/2010* *RENT IN ARREARS* *(CAYEY STORE)* | | | | $ 37,531.40 |
| Account No: *Creditor # : 31* *DDR DEL SOL LLC, SE* *PO BOX 360771* *San Juan PR 00936* | | *11/30/2010* *RENT IN ARREARS* *(PLAZA DEL SOL STORE)* | | | | $ 167,519.38 |
| Account No: *Creditor # : 32* *DIRECTOR FINANZAS DE CAYEY* *MUNICIPIO DE CAYEY* *PO BOX 371330* *Cayey PR 00737-1330* | | *12/30/2010* *SALES AND USE TAX* *SURCHARGES (CAYEY STORE)* | | | | $ 2,237.80 |
| Account No: *Creditor # : 33* *ECO KITCHEN SERVICES, INC.* *CALLE 2, C-50* *PORTAL DE LOS PINOS* *San Juan PR 00926* | | *11/30/2010* *REPAIRS AND MAINTENANCE* | | | | $ 1,636.50 |
| Account No: *Creditor # : 34* *ECOLAB MANUFACTURING, INC.* *CALL BOX 1354* *Dorado PR 00646* | | *11/30/2010* *CHEMICAL CLEANING SUPPLIES* | | | | $ 763.52 |

Sheet No. __5__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 210,220.27

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____,  Case No. _11-_____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>EDGAR RAMOS<br>C/O DPTO. TRABAJO REC. HUMANOS<br>PO BOX 21361<br>San Juan PR 00928-1361 | | | 01/20/2011<br>LABOR ARBITRATION CLAIM<br>CASE NO. A1-D1-SL-0227-08 | X | X | X | $ 739.76 |
| Account No:<br>Creditor # : 36<br>EMPRESAS DE GAS CO., INC.<br>PO BOX 1025<br>Sabana Seca PR 00952-1025 | | | 11/30/2010<br>FUEL | | | | $ 6,214.70 |
| Account No:<br>Creditor # : 37<br>EMPRESAS VILLAGRASA, INC.<br>AVE. ANDALUCIA 705<br>San Juan PR 00920 | | | 11/30/2010<br>INVENTORY PURCHASES | | | | $ 372.22 |
| Account No:<br>Creditor # : 38<br>FILTA FRY<br>CALLE 17 U 30, URB. VERSALLES<br>Bayamon PR 00956 | | | 11/30/2010<br>REPAIRS AND MAINTENANCE | | | | $ 2,930.00 |
| Account No:<br>Creditor # : 39<br>FRESHPOINT PUERTO RICO<br>2300 N.W. 19th ST.<br>Pompano Beach FL 33060 | | | 11/30/2010<br>VEGETABLE INVENTORY PURCHASES | | | | $ 2,263.65 |
| Account No:<br>Creditor # : 40<br>GARCIA TRUCKING SERVICE, INC.<br>PO BOX 10016<br>CAPARRA HEIGHTS STA.<br>San Juan PR 00922 | | | 11/30/2010<br>MOVING AND STORAGE SERVICES | | | | $ 7,841.38 |

Sheet No. _6_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ... $ 20,361.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____,  Case No. _11-_ _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>GILNETTE DIAZ<br>C/O DPTO. TRABAJO REC. HUMANOS<br>PO BOX 488<br>Caguas PR 00726-0488 | | | 08/13/2009<br>LABOR ARBITRATION CLAIM<br>CASE NO. A5-D1-DP-96-08<br>(CLAIM AMOUNT IS UNKNOWN) | X | X | X | $ 1.00 |
| Account No:<br>Creditor # : 42<br>GOLDMAN ANTONETTI & CORDOVA<br>PO BOX 70364<br>San Juan PR 00936-8364 | | | 11/30/2010<br>LEGAL SERVICES | | | | $ 935.78 |
| Account No:<br>Creditor # : 43<br>GUZMAN, TORRES & CO.<br>400 AMERICO MIRANDA AVE.<br>COSVI BUILDING, 3rd FLOOR<br>San Juan PR 00926 | | | 11/30/2010<br>PROFESSIONAL ACCOUNTING SERVICES | | | | $ 5,608.67 |
| Account No:<br>Creditor # : 44<br>HOLSUM DE PUERTO RICO<br>CALL BOX 8282<br>Toa Baja PR 00951-8282 | | | 11/30/2010<br>INVENTORY PURCHASES | | | | $ 5,718.82 |
| Account No:<br>Creditor # : 45<br>HYTECH COMMUNICATION, INC.<br>HY-49 PEDRO ARCILAGOS<br>Toa Baja PR 00949 | | | 11/30/2010<br>CABLE TV SERVICE | | | | $ 243.93 |
| Account No:<br>Creditor # : 46<br>INTEGRATED LEGAL SOLUTION, INC<br>1760 LOIZA STREET<br>ADRID BUILDING, SUITE 303<br>San Juan PR 00911 | | | 11/30/2010<br>BALANCE OF SETTLEMENT AGREEMENT<br>WITH CASIANO COMMUNICATIONS | | | | $ 695.00 |

Sheet No. ___7___ of ___15___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 13,203.20

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____ , Case No. _11-_____
**Debtor(s)** (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>J-G CORP.<br>1745 AVE. JESUS T. PIÑERO<br>San Juan PR 00920 | | 11/30/2010<br>HELIUM SUPPLIER | | | | $ 1,103.00 |
| Account No:<br>Creditor # : 48<br>JOHNNY ROCKETS LICENSING CORP<br>25550 COMMERCENTER DR.<br>SUITE 200<br>Lake Forest CA 92630-8855 | | 11/30/2010<br>ROYALTIES AND ADVERTISING FEES | | | | $ 105,500.74 |
| Account No:<br>Creditor # : 49<br>JUAN CASANOVA<br>C/O DPTO. TRABAJO REC. HUMANOS<br>PO BOX 488<br>Caguas PR 00726-0488 | | 08/13/2009<br>LABOR ARBITRATION CLAIM<br>CASE NO. A5-D1-DP-97-08 | X | X | X | $ 2,214.56 |
| Account No:<br>Creditor # : 50<br>JV CLEANING GROUP<br>PO BOX 8294<br>Bayamon PR 00960 | | 11/30/2010<br>JANITORIAL SERVICES | | | | $ 380.00 |
| Account No:<br>Creditor # : 51<br>KENNY COTO<br>130 WINSTON CHURCHILL AVE.<br>SUITE 1, PMB 189<br>San Juan PR 00926-6018 | | 11/30/2010<br>REPAIR SERVICES | | | | $ 85.00 |
| Account No:<br>Creditor # : 52<br>KIKO AIR CONDITIONING<br>PMB 558 #497<br>AVE. EMILIANO POLL<br>San Juan PR 00926 | | 11/30/2010<br>REPAIRS AND MAINTENANCE | | | | $ 7,539.00 |

Sheet No. _8_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 116,822.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,      Case No. _11-_ _____
      **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> LA SEMANA <br> PO BOX 6537 <br> Caguas PR 00726 | | | 11/30/2010 <br> ADVERTISING SERVICES | | | | $ 3,000.00 |
| Account No: <br> Creditor # : 54 <br> LAMAR ADVERTISING OF PR INC. <br> PO BOX 9021 <br> San Juan PR 00908 | | | 11/30/2010 <br> BALANCE OF SETTLEMENT AGREEMENT | | | | $ 2,458.34 |
| Account No: <br> Creditor # : 55 <br> LIGHT GAS CORPORATION <br> PO BOX 155 <br> Salinas PR 00751 | | | 11/30/2010 <br> GAS | | | | $ 1,460.95 |
| Account No: <br> Creditor # : 56 <br> LLMD PSC <br> 165 PONCE DE LEON AVE. <br> SUITE 201 <br> San Juan PR 00917-1233 | | | 11/30/2010 <br> ACCOUNTING SERVICES | | | | $ 13,490.19 |
| Account No: <br> Creditor # : 57 <br> M. CONCEPCION <br> CALLE PAGANINI 884 <br> San Juan PR 00924 | | | 11/30/2010 <br> VEGETABLE INVENTORY PURCHASES | | | | $ 15,285.80 |
| Account No: <br> Creditor # : 58 <br> MARIE LOUISE FIEDLER, ARQ. <br> 356 CALLE CESAR GONZALEZ <br> San Juan PR 00918-2114 | | | 11/30/2010 <br> PROFESSIONAL SERVICES <br> (ARCHITECT) | | | | $ 12,750.00 |

Sheet No. _9_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 48,445.28

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____,    Case No. _11-_____
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 59<br>MICRO TECHNOLOGY<br>PMB 252<br>608 AVE. TITO CASTRO, STE. 102<br>Ponce PR 00716 | | | 11/30/2010<br>REPAIRS AND MAINTENANCE | | | | $ 857.50 |
| Account No:<br>Creditor # : 60<br>MICROS FIDELIO<br>654 PLAZA SUITE 1605<br>San Juan PR 00918 | | | 11/30/2010<br>CASH REGISTERS SUPPLIES<br>AND SERVICE | | | | $ 707.92 |
| Account No:<br>Creditor # : 61<br>MUNICIPIO AUTONOMO DE CAGUAS<br>PO BOX 907<br>Caguas PR 00726-0907 | | | 12/30/2010<br>SALES AND USE TAX<br>SURCHARGES (CAGUAS STORE) | | | | $ 1,134.70 |
| Account No:<br>Creditor # : 62<br>MUNICIPIO AUTONOMO DE GUAYNABO<br>APARTADO 7890<br>Guaynabo PR 00970-7890 | | | 12/30/2010<br>SALES AND USE TAX<br>SURCHARGES (GUAYNABO STORE) | | | | $ 1,382.95 |
| Account No:<br>Creditor # : 63<br>MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>San Juan PR 00936-8179 | | | 12/30/2010<br>SALES AND USE TAX<br>SURCHARGES (MONTEHIEDRA STORE) | | | | $ 12,725.20 |
| Account No:<br>Creditor # : 64<br>NORTHTEN<br>21088 BAKE PARKWAY #100<br>Lake Forest CA 92630 | | | 11/30/2010<br>ADVERTISING SERVICES | | | | $ 107.75 |

Sheet No. _10_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $　　$ 16,916.02

　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,     Case No. _11-_ _____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 65<br>NORTHWESTERN-SELECTA, INC.<br>PO BOX 10718<br>San Juan PR 00922-0718 | | | 11/30/2010<br>INVENTORY PURCHASES | | | | $ 13,882.14 |
| Account No:<br>Creditor # : 66<br>ONELINK MEDIA SERVICESE<br>PO BOX 192296<br>San Juan PR 00919-2296 | | | 11/30/2010<br>ADVERTISING SERVICES | | | | $ 4,835.56 |
| Account No:<br>Creditor # : 67<br>OSVALDO N. MARTINEZ<br>VIA 18 NR-5<br>VILLA FONTANA<br>Carolina PR 00983 | | | 11/30/2010<br>MONITOR AND SOUND SYSTEM PURCHASES | | | | $ 1,659.00 |
| Account No:<br>Creditor # : 68<br>PAN PEPIN, INC.<br>PO BOX 100<br>Bayamon PR 00960-0100 | | | 11/30/2010<br>FOOD INVENTORY PURCHASES | | | | $ 5,166.47 |
| Account No:<br>Creditor # : 69<br>PAYCO FOODS CORPORATION<br>PO BOX 11219<br>CAPARRA HEIGHTS STATION<br>San Juan PR 00922 | | | 11/30/2010<br>FOOD INVENTORY PURCHASES | | | | $ 9,031.60 |
| Account No:<br>Creditor # : 70<br>PERIODICO LA CORDILLERA<br>PO BOX 1834<br>Cidra PR 00739 | | | 11/30/2010<br>ADVERTISING SERVICES | | | | $ 760.00 |

Sheet No. _11_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 35,334.77
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._____,      Case No. _11-_____
                        **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 71 PLUMBING & SEWER CLEANING R US PO BOX 191713 San Juan PR 00919-1713 | | | 11/30/2010 REPAIRS AND MAINTENANCE | | | | $ 305.00 |
| Account No: Creditor # : 72 PRAXAIR PUERTO RICO PO BOX 70352 San Juan PR 00936-8352 | | | 11/30/2010 HELIUM PURCHASES | | | | $ 7,227.56 |
| Account No: Creditor # : 73 PRIMUS PO BOX 535313 Atlanta GA 30353-5313 | | | 11/30/2010 TELEPHONE SERVICES | | | | $ 416.17 |
| Account No: Creditor # : 74 PROVISIONES LE GRAND-V. SUAREZ PO BOX 192217 San Juan PR 00919-2217 | | | 11/30/2010 INVENTORY PURCHASES | | | | $ 13,940.99 |
| Account No: Creditor # : 75 PRTC BOX 71535 San Juan PR 00936-8635 | | | 11/30/2010 TELEPHONE SERVICES | | | | $ 1,288.02 |
| Account No: Creditor # : 76 PUIG TRADING, INC. PO BOX 1208 Caguas PR 00726 | | | 11/30/2010 STORAGE SERVICES | | | | $ 235.00 |

Sheet No. _12_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 23,412.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ ,  Case No. _11-_ _____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>RAFAEL SANTOS TOLEDO<br>1474 ASHFORD SUITE 100<br>San Juan PR 00907-1559 | | | 11/30/2010<br>PROFESSIONAL LEGAL SERVICES | | | | $ 2,884.00 |
| Account No:<br>Creditor # : 78<br>RIOS AIR CONDITIONING<br>1608 LIRIOS ST.<br>URB. EL ENCANTO<br>Juncos PR 00777-7786 | | | 11/30/2010<br>REPAIRS AND MAINTENANCE | | | | $ 1,525.62 |
| Account No:<br>Creditor # : 79<br>ROBERTO CARTAGENA<br>PO BOX 5400<br>Caguas PR 00726-5400 | | | 11/30/2010<br>NOTE PAYABLE<br>(LEASEHOLD IMPROVEMENTS CAGUAS STORE) | | | | $ 73,674.77 |
| Account No:<br>Creditor # : 80<br>S.J. MEAT PROCESSING, INC.<br>URB. TERRA DEL VALLE #13<br>Cayey PR 00736 | | | 11/30/2010<br>MEAT INVENTORY PURCHASES | | | | $ 9,078.40 |
| Account No:<br>Creditor # : 81<br>SECRETARIO DE HACIENDA<br>PO BOX 9024140<br>San Juan PR 00902-4140 | | | 12/30/2010<br>SALES AND USE TAX<br>SURCHARGES (PLAZA DEL SOL STORE) | | | | $ 3,204.03 |
| Account No:<br>Creditor # : 82<br>SECRETARIO DE HACIENDA<br>PO BOX 9024140<br>San Juan PR 00902-4140 | | | 12/30/2010<br>PROFESSIONAL SERVICES<br>(7%) TAX WITHHELD (2006 TAX YEAR) | | | | $ 1,193.06 |

Sheet No. _13_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 91,559.88

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____,    Case No. _11-_ _____

**Debtor(s)** _(if known)_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 83 STEEL AND PIPES, INC. PO BOX 5309 Caguas PR 00726-5309 | | | 11/30/2010 HELIUM SUPPLIER | | | | $ 345.00 |
| Account No: Creditor # : 84 SUPER REVISTA EDUCATIVA PMB 341 PO BOX 19400 San Juan PR 00919-4000 | | | 11/30/2010 ADVERTISING SERVICES | | | | $ 500.00 |
| Account No: Creditor # : 85 THE FAIRBANK CORPORATION PO BOX 191265 San Juan PR 00919-1265 | | | 11/30/2010 CHEMICAL CLEANING SUPPLIES | | | | $ 1,940.91 |
| Account No: Creditor # : 86 TODO BAYAMON PO BOX 1846 Bayamon PR 00960-1846 | | | 11/30/2010 ADVERTISING SERVICES | | | | $ 858.00 |
| Account No: Creditor # : 87 TRANS AD PUERTO RICO, INC. PO BOX 37130 San Juan PR 00937-0130 | | | 11/30/2010 ADVERTISING SERVICES | | | | $ 1,592.00 |
| Account No: Creditor # : 88 UNITED SURETY & INDEMNITY CO. PO BOX 2111 San Juan PR 00922-2111 | | | 11/30/2010 BOND FINANCING RENEWAL | | | | $ 135.00 |

Sheet No. _14_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 5,370.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____,   Case No. _11-_ _____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 89<br>V & V RESTAURANT<br>AVE. LAKE VIEW #4000<br>STE. 52<br>Caguas PR 00725 | | | 11/30/2010<br>PROFESSIONAL SERVICES<br>(CONTRACTOR) | | | | $ 467.50 |
| Account No:<br>Creditor # : 90<br>VAQUERIA TRES MONJITAS<br>PO BOX 366757<br>San Juan PR 00936-6757 | | | 11/30/2010<br>DAIRY INVENTORY PURCHASES | | | | $ 2,458.29 |
| Account No:<br>Creditor # : 91<br>VORNADO MONTEHIEDRA ACQ<br>PO BOX 11308A<br>New York NY 10286-1308 | | | 11/30/2010<br>RENT IN ARREARS<br>(MONTEHIEDRA STORE) | | | | $ 118,658.89 |
| Account No:<br>Creditor # : 92<br>WINSTON COPY SERVICE<br>100 GOYCO ST.<br>Caguas PR 00725 | | | 11/30/2010<br>COPY AND PRINT SERVICES | | | | $ 1,513.60 |
| Account No:<br>Creditor # : 93<br>WOSO<br>PO BOX 11487<br>San Juan PR 00910-2587 | | | 11/30/2010<br>ADVERTISING SERVICES | | | | $ 2,100.00 |
| Account No: | | | | | | | |

Sheet No. _15_ of ___15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 125,198.28

**Total $**   $ 1,233,906.24

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re **JOHNNY ROCKETS OF PUERTO RICO, INC.** _____ / Debtor    Case No. _11-_____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **CARIBBEAN CINEMA OF GUAYNABO**<br>**PO BOX 19116**<br>**San Juan PR  00910-9116** | Contract Type: **LEASE AGREEMENT**<br>Terms: **1 YEAR; WITH RENEWAL OPTIONS**<br>Beginning date: **8/31/2009**<br>Debtor's Interest: **Lessee**<br>Description: **PREMISES OF 1,000 SQ.FT. 1st FLOOR CARIBBEAN CINEMAS BUILDING, AND ADDITIONAL STORAGE SPACE OF 175 SQ. FT. ON 2nd FLOOR, CENTRO COMERCIAL PLAZA, GUAYNABO, PR**<br>Buyout Option: **N/A** |
| **CATALINAS CINEMA CORP.**<br>**PO BOX 19116**<br>**San Juan PR  00910-9116** | Contract Type: **LEASE AGREEMENT**<br>Terms: **5 YEARS WITH TWO 5-YEAR RENEWAL OPTIONS**<br>Beginning date: **8/11/2008**<br>Debtor's Interest: **Lessee**<br>Description: **PREMISES OF 1,200 SQ.FT. ON GROUND FLOOR, AND ADDITIONAL STORAGE SPACE OF 300 SQ. FT ON SECOND FLOOR, OF LAS CATALINAS CINEMAS BUILDING, LAS CATALINAS SHOPPING CENTER, CAGUAS, PR**<br>Buyout Option: **N/A** |
| **DDR CAYEY LLC, S.E.**<br>**DEPT. 103207-20077-00004135**<br>**PO BOX 644545**<br>**Pittsburgh PA  15264-4545** | Contract Type: **Lease Contract**<br>Terms: **10 YEARS**<br>Beginning date: **8/19/2005**<br>Debtor's Interest: **Lessee**<br>Description: **UNIT #104 LOCATED AT PLAZA CAYEY, CAYEY PR**<br>Buyout Option: **N/A** |
| **DDR DEL SOL LLC, SE**<br>**3300 ENTERPRISE PARKWAY**<br>**Beachwood OH  44122** | Contract Type: **LEASE AGREEMENT**<br>Terms: **10 YEARS**<br>Beginning date: **4/19/2004**<br>Debtor's Interest: **Lessee**<br>Description: **PREMISES OF 2,056 SQ.FT., AT PLAZA DEL SOL SHOPPING CENTER, BAYAMON, PR**<br>Buyout Option: **N/A** |

In re _JOHNNY ROCKETS OF PUERTO RICO, INC._ _____ / Debtor    Case No. _11–_ _____
<span style="float:right">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _VORNADO MONTEHIEDRA ACQ_<br>_C/O BERENSON ASSOCIATES, INC._<br>_ONE EXETER PLAZA_<br>_Boston MA    02116_ | Contract Type: _LEASE AGREEMENT_<br>Terms: _10 YEARS_<br>Beginning date: _6/12/2006_<br>Debtor's Interest: _Lessee_<br>Description: _PREMISES OF 2,400 SQ.FT. LOCATED AT MONTEHIEDRA TOWN CENTER MALL, SAN JUAN, PR_<br>Buyout Option: _N/A_ |

In re *JOHNNY ROCKETS OF PUERTO RICO, INC.* _____ / Debtor        Case No. *11-* _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| CARLOS A. GARCIA<br>COND. PUERTA DEL CONDADO<br>1095 AVE. WILSON, APTO. 1101<br>San Juan PR   00907 | BANCO DE DESARROLLO ECONOMICO<br>DE PR<br>PO BOX 2134<br>San Juan PR   00922-2134<br><br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan PR   00936-2705 |
| GISELA M. BAERGA<br>COND. PUERTA DEL CONDADO<br>1095 AVE. WILSON, APTO. 1101<br>San Juan PR   00907 | BANCO DE DESARROLLO ECONOMICO<br>DE PR<br>PO BOX 2134<br>San Juan PR   00922-2134<br><br>BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>San Juan PR   00936-2705 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  *JOHNNY ROCKETS OF PUERTO RICO, INC.*  
    *a   Corporation*  
    *aka JOHNNY ROCKETS*

Case No.  *11-*  
Chapter  *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 362708*<br>*San Juan PR   00936-2708* | Phone: *787-753-7849*<br>*BANCO POPULAR DE PUERTO RICO*<br>*PO BOX 362708*<br>*San Juan PR   00936-2708* | *BANK LOAN* | *Value:*<br>*Net Unsecured:* | *$ 1,226,469.65*<br>*$ 930,118.73*<br>*$ 296,350.92* |
| 2<br>*DDR DEL SOL LLC, SE*<br>*PO BOX 360771*<br>*San Juan PR   00936* | Phone: *787-778-8724*<br>*DDR DEL SOL LLC, SE*<br>*PO BOX 360771*<br>*San Juan PR   00936* | *RENT IN ARREARS* | | *$ 167,519.38* |
| 3<br>*VORNADO MONTEHIEDRA ACQ*<br>*PO BOX 11308A*<br>*New York NY   10286-1308* | Phone: *212-894-7989*<br>*VORNADO MONTEHIEDRA ACQ*<br>*PO BOX 11308A*<br>*New York NY   10286-1308* | *RENT IN ARREARS* | | *$ 118,658.89* |
| 4<br>*BALLESTER HNOS., INC.*<br>*PO BOX 364548*<br>*San Juan PR   00936-4548* | Phone: *787-788-4110*<br>*BALLESTER HNOS., INC.*<br>*PO BOX 364548*<br>*San Juan PR   00936-4548* | *FOOD INVENTORY PURCHASES* | | *$ 113,104.93* |
| 5<br>*JOHNNY ROCKETS LICENSING CORP*<br>*25550 COMMERCENTER DR.*<br>*SUITE 200*<br>*Lake Forest CA   92630-8855* | Phone: *949-789-7575*<br>*JOHNNY ROCKETS LICENSING CORP*<br>*25550 COMMERCENTER DR.*<br>*SUITE 200*<br>*Lake Forest CA   92630-8855* | *ROYALTIES AND ADVERTISING FEES* | | *$ 105,500.74* |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>ROBERTO CARTAGENA<br>PO BOX 5400<br>Caguas PR  00726-5400 | Phone: N/A<br>ROBERTO CARTAGENA<br>PO BOX 5400<br>Caguas PR  00726-5400 | NOTE PAYABLE | | $ 73,674.77 |
| 7<br>MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>San Juan PR  00936-8179 | Phone: 787-480-4000<br>MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>San Juan PR  00936-8179 | Taxes | | $ 64,571.44 |
| 8<br>SECRETARIO DE HACIENDA<br>PO BOX 9024140<br>San Juan PR  00902-4140 | Phone: 787-723-4315<br>SECRETARIO DE HACIENDA<br>PO BOX 9024140<br>San Juan PR  00902-4140 | TAXES | | $ 41,595.24 |
| 9<br>DDR CAYEY LLC, SE<br>DEPT 103207-20077-00004135<br>PO BOX 644545<br>Pittsburgh PA  15264-4545 | Phone: 216-755-5500<br>DDR CAYEY LLC, SE<br>DEPT 103207-20077-00004135<br>PO BOX 644545<br>Pittsburgh PA  15264-4545 | RENT IN ARREARS | | $ 37,531.40 |
| 10<br>CATALINAS CINEMA CORP.<br>PO BOX 19116<br>San Juan PR  00910-9116 | Phone: 212-894-7989<br>CATALINAS CINEMA CORP.<br>PO BOX 19116<br>San Juan PR  00910-9116 | RENT IN ARREARS | | $ 27,040.93 |
| 11<br>MUNICIPIO AUTONOMO DE GUAYNABO<br>APARTADO 7890<br>Guaynabo PR  00970-7890 | Phone: 787-720-4040<br>MUNICIPIO AUTONOMO DE GUAYNABO<br>APARTADO 7890<br>Guaynabo PR  00970-7890 | TAXES | | $ 18,161.38 |
| 12<br>A.E.E.<br>PO BOX 363508<br>San Juan PR  00936-3508 | Phone: 787-289-4489<br>A.E.E.<br>PO BOX 363508<br>San Juan PR  00936-3508 | ELECTRIC POWER SERVICES | | $ 17,385.06 |
| 13<br>MUNICIPIO AUTONOMO DE CAGUAS<br>PO BOX 907<br>Caguas PR  00726-0907 | Phone: 787-743-3400<br>MUNICIPIO AUTONOMO DE CAGUAS<br>PO BOX 907<br>Caguas PR  00726-0907 | Taxes | | $ 15,491.77 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>M. CONCEPCION<br>CALLE PAGANINI 884<br>San Juan PR  00924 | Phone: N/A<br>M. CONCEPCION<br>CALLE PAGANINI 884<br>San Juan PR  00924 | VEGETABLE INVENTORY PURCHASES | | $ 15,285.80 |
| 15<br>PROVISIONES LE GRAND-V. SUAREZ<br>PO BOX 192217<br>San Juan PR  00919-2217 | Phone: 787-781-6161<br>PROVISIONES LE GRAND-V. SUAREZ<br>PO BOX 192217<br>San Juan PR  00919-2217 | INVENTORY PURCHASES | | $ 13,940.99 |
| 16<br>NORTHWESTERN-SELECTA, INC.<br>PO BOX 10718<br>San Juan PR  00922-0718 | Phone: 787-781-1950<br>NORTHWESTERN-SELECTA, INC.<br>PO BOX 10718<br>San Juan PR  00922-0718 | INVENTORY PURCHASES | | $ 13,882.14 |
| 17<br>LLMD PSC<br>165 PONCE DE LEON AVE.<br>SUITE 201<br>San Juan PR  00917-1233 | Phone: 787-777-0660<br>LLMD PSC<br>165 PONCE DE LEON AVE.<br>SUITE 201<br>San Juan PR  00917-1233 | PROFESSIONAL ACCOUNTING SERVICES | | $ 13,490.19 |
| 18<br>DIRECTOR FINANZAS DE CAYEY<br>MUNICIPIO DE CAYEY<br>PO BOX 371330<br>Cayey PR  00737-1330 | Phone: 787-738-3211<br>DIRECTOR FINANZAS DE CAYEY<br>MUNICIPIO DE CAYEY<br>PO BOX 371330<br>Cayey PR  00737-1330 | Taxes | | $ 13,271.00 |
| 19<br>MARIE LOUISE FIEDLER, ARQ.<br>356 CALLE CESAR GONZALEZ<br>San Juan PR  00918-2114 | Phone: N/A<br>MARIE LOUISE FIEDLER, ARQ.<br>356 CALLE CESAR GONZALEZ<br>San Juan PR  00918-2114 | PROFESSIONAL SERVICES | | $ 12,750.00 |
| 20<br>CRIM<br>PO BOX 60100<br>Bayamon PR  00958 | Phone: 787-625-2746<br>CRIM<br>PO BOX 60100<br>Bayamon PR  00958 | PROPERTY TAX | | $ 12,082.26 |

_____ '
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *ALFREDO MENDEZ* _____ , *General Manager* _____ of the *Corporation* _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: **3/15/11**

Signature _____

Name: *ALFREDO MENDEZ*

Title: *General Manager*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *JOHNNY ROCKETS OF PUERTO RICO, INC.,*
   *a Corporation*
   *aka JOHNNY ROCKETS*

Case No. *11-*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *CHARLES A. CUPRILL-HERNANDEZ 114312*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ____*10*____ pages,

is true, correct and complete to the best of my knowledge.

Date: _3/15/11_____

_____
Debtor

_____
*CHARLES A. CUPRILL-HERNANDEZ*
*114312*
*Attorney for the debtor(s)*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan, PR 00901*

JOHNNY ROCKETS OF PUERTO RICO, INC.
PO BOX 5724
Caguas, PR  00726


CHARLES A. CUPRILL-HERNANDEZ 114312
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR  00901


A.A.A.
PO BOX 70101
San Juan, PR  00936-8101


A.E.E.
PO BOX 363508
San Juan, PR  00936-3508


AGRO SALES INTERNATIONAL
PO BOX 362615
San Juan, PR  00936-2615


AMERICAN EXPRESS 2001
PO BOX 360001
Fort Lauderdale, FL  33336-0001


AMT, INC.
1515 AMERICO MIRANDA AVE.
San Juan, PR  00921


APR UNLIMITED, INC.
PMB 251 BOX 4985
Caguas, PR  00726-4985


AT & T MOBILITY
PO BOX 6463
Carol Stream, IL  60197-6463


BALLESTER HNOS., INC.
PO BOX 364548
San Juan, PR  00936-4548

BANCO DE DESARROLLO ECONOMICO
DE PR
PO BOX 2134
San Juan, PR  00922-2134


BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SUCURSAL SAN FRANCISCO-232
San Juan, PR  00936-2708


BANCO POPULAR DE PUERTO RICO
PO BOX 362708
San Juan, PR  00936-2705


BB GARDENS, INC.
PO BOX 1744
Cayey, PR  00736


BUSINESS SOUND & MUSIC
PMB 134  HC-01  BOX 29030
Caguas, PR  00725-8900


CAFE YAUCONO
PO BOX 13097
San Juan, PR  00907-3097


CARIBBEAN CINEMA OF GUAYNABO
PO BOX 19116
San Juan, PR  00910-9116


CARLOS A. GARCIA
COND. PUERTA DEL CONDADO
1095 AVE. WILSON, APTO. 1101
San Juan, PR  00907


CATALINAS CINEMA CORP.
PO BOX 19116
San Juan, PR  00910-9116


CLARA BLUMENSTACK
C/O DPTO. TRABAJO REC. HUMANOS
PO BOX 71592
San Juan, PR  00936-8692

CLEANING CREW
MSC 860
AVE. WINSTON CHURCHILL #138
San Juan, PR  00926-6023


COCA-COLA
BOX 51985
Toa Baja, PR  00950-1985


COMPUEXPERT RR, INC.
PO BOX 0520
San Juan, PR  00919-0520


CRIM
PO BOX 60100
Bayamon, PR  00958


DADE PAPER
PO BOX 51535
Toa Baja, PR  00950-1535


DDR CAYEY LLC, S.E.
DEPT. 103207-20077-00004135
PO BOX 644545
Pittsburgh, PA  15264-4545


DDR CAYEY LLC, SE
DEPT 103207-20077-00004135
PO BOX 644545
Pittsburgh, PA  15264-4545


DDR DEL SOL LLC, SE
3300 ENTERPRISE PARKWAY
Beachwood, OH  44122


DDR DEL SOL LLC, SE
PO BOX 360771
San Juan, PR  00936


DEPARTMENT OF LABOR
BUREAU OF EMPLOYMENT SECURITY
505 MUÑOZ RIVERA AVE.
San Juan, PR  00917

DIRECTOR FINANZAS DE BAYAMON
MUNICIPIO DE BAYAMON
APARTADO 1588
Bayamon, PR  00960


DIRECTOR FINANZAS DE CAYEY
MUNICIPIO DE CAYEY
PO BOX 371330
Cayey, PR  00737-1330


ECO KITCHEN SERVICES, INC.
CALLE 2, C-50
PORTAL DE LOS PINOS
San Juan, PR  00926


ECOLAB MANUFACTURING, INC.
CALL BOX 1354
Dorado, PR  00646


EDGAR RAMOS
C/O DPTO. TRABAJO REC. HUMANOS
PO BOX 21361
San Juan, PR  00928-1361


EMPRESAS DE GAS CO., INC.
PO BOX 1025
Sabana Seca, PR  00952-1025


EMPRESAS VILLAGRASA, INC.
AVE. ANDALUCIA 705
San Juan, PR  00920


FILTA FRY
CALLE 17 U 30, URB. VERSALLES
Bayamon, PR  00956


FRESHPOINT PUERTO RICO
2300 N.W. 19th ST.
Pompano Beach, FL  33060


GARCIA TRUCKING SERVICE, INC.
PO BOX 10016
CAPARRA HEIGHTS STA.
San Juan, PR  00922

GILNETTE DIAZ
C/O DPTO. TRABAJO REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488


GISELA M. BAERGA
COND. PUERTA DEL CONDADO
1095 AVE. WILSON, APTO. 1101
San Juan, PR  00907


GOLDMAN ANTONETTI  & CORDOVA
PO BOX 70364
San Juan, PR  00936-8364


GUZMAN, TORRES & CO.
400 AMERICO MIRANDA AVE.
COSVI BUILDING, 3rd FLOOR
San Juan, PR  00926


HOLSUM DE PUERTO RICO
CALL BOX 8282
Toa Baja, PR  00951-8282


HYTECH COMMUNICATION, INC.
HY-49 PEDRO ARCILAGOS
Toa Baja, PR  00949


INTEGRATED LEGAL SOLUTION, INC
1760 LOIZA STREET
ADRID BUILDING, SUITE 303
San Juan, PR  00911


INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II
#48 CARR. 165, SUITE #2000
Guaynabo, PR  00968-2000


J-G CORP.
1745 AVE. JESUS T. PIÑERO
San Juan, PR  00920


JOHNNY ROCKETS LICENSING CORP
25550 COMMERCENTER DR.
SUITE 200
Lake Forest, CA  92630-8855

```
JUAN CASANOVA
C/O DPTO. TRABAJO REC. HUMANOS
PO BOX 488
Caguas, PR  00726-0488


JV CLEANING GROUP
PO BOX 8294
Bayamon, PR  00960


KENNY COTO
130 WINSTON CHURCHILL AVE.
SUITE 1, PMB 189
San Juan, PR  00926-6018


KIKO AIR CONDITIONING
PMB 558 #497
AVE. EMILIANO POLL
San Juan, PR  00926


LA SEMANA
PO BOX 6537
Caguas, PR  00726


LAMAR ADVERTISING OF PR INC.
PO BOX 9021
San Juan, PR  00908


LIGHT GAS CORPORATION
PO BOX 155
Salinas, PR  00751


LLMD PSC
165 PONCE DE LEON AVE.
SUITE 201
San Juan, PR  00917-1233


M. CONCEPCION
CALLE PAGANINI 884
San Juan, PR  00924


MARIE LOUISE FIEDLER, ARQ.
356 CALLE CESAR GONZALEZ
San Juan, PR  00918-2114
```

MICRO TECHNOLOGY
PMB 252
608 AVE. TITO CASTRO, STE. 102
Ponce, PR  00716


MICROS FIDELIO
654 PLAZA SUITE 1605
San Juan, PR  00918


MUNICIPIO AUTONOMO DE CAGUAS
PO BOX 907
Caguas, PR  00726-0907


MUNICIPIO AUTONOMO DE GUAYNABO
APARTADO 7890
Guaynabo, PR  00970-7890


MUNICIPIO DE SAN JUAN
PO BOX 70179
San Juan, PR  00936-8179


NORTHTEN
21088 BAKE PARKWAY #100
Lake Forest, CA  92630


NORTHWESTERN-SELECTA, INC.
PO BOX 10718
San Juan, PR  00922-0718


ONELINK MEDIA SERVICESE
PO BOX 192296
San Juan, PR  00919-2296


OSVALDO N. MARTINEZ
VIA 18 NR-5
VILLA FONTANA
Carolina, PR  00983


PAN PEPIN, INC.
PO BOX 100
Bayamon, PR  00960-0100

```
PAYCO FOODS CORPORATION
PO BOX 11219
CAPARRA HEIGHTS STATION
San Juan, PR  00922


PERIODICO LA CORDILLERA
PO BOX 1834
Cidra, PR  00739


PLUMBING & SEWER CLEANING R US
PO BOX 191713
San Juan, PR  00919-1713


PRAXAIR PUERTO RICO
PO BOX 70352
San Juan, PR  00936-8352


PRIDE LEASING & INVESTMENT
PO BOX 9066574
San Juan, PR  00906-6574


PRIDE LEASING & INVESTMENT
660 CALLE HOARE
San Juan, PR  00907-3613


PRIMUS
PO BOX 535313
Atlanta, GA  30353-5313


PROVISIONES LE GRAND-V. SUAREZ
PO BOX 192217
San Juan, PR  00919-2217


PRTC
BOX 71535
San Juan, PR  00936-8635


PUIG TRADING, INC.
PO BOX 1208
Caguas, PR  00726
```

```
RAFAEL SANTOS TOLEDO
1474 ASHFORD SUITE 100
San Juan, PR  00907-1559


RIOS AIR CONDITIONING
1608 LIRIOS ST.
URB. EL ENCANTO
Juncos, PR  00777-7786


ROBERTO CARTAGENA
PO BOX 5400
Caguas, PR  00726-5400


S.J. MEAT PROCESSING, INC.
URB. TERRA DEL VALLE #13
Cayey, PR  00736


SECRETARIO DE HACIENDA
PO BOX 9024140
San Juan, PR  00902-4140


STEEL AND PIPES, INC.
PO BOX 5309
Caguas, PR  00726-5309


SUPER REVISTA EDUCATIVA
PMB 341
PO BOX 19400
San Juan, PR  00919-4000


THE FAIRBANK CORPORATION
PO BOX 191265
San Juan, PR  00919-1265


TODO BAYAMON
PO BOX 1846
Bayamon, PR  00960-1846


TRANS AD PUERTO RICO, INC.
PO BOX 37130
San Juan, PR  00937-0130
```

UNITED SURETY & INDEMNITY CO.
PO BOX 2111
San Juan, PR  00922-2111


V & V RESTAURANT
AVE. LAKE VIEW #4000
STE. 52
Caguas, PR  00725


VAQUERIA TRES MONJITAS
PO BOX 366757
San Juan, PR  00936-6757


VORNADO MONTEHIEDRA ACQ
C/O BERENSON ASSOCIATES, INC.
ONE EXETER PLAZA
Boston, MA  02116


VORNADO MONTEHIEDRA ACQ
PO BOX 11308A
New York, NY  10286-1308


WINSTON COPY SERVICE
100 GOYCO ST.
Caguas, PR  00725


WOSO
PO BOX 11487
San Juan, PR  00910-2587